**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-60658
(Summary Calendar)

_____

BILL HUNT,

Petitioner-Appellant,

versus

F.D. "BUDDY" EAST, Lafayette
County Sheriff; STATE OF MISSISSIPPI,

Respondents-Appellees.

_____

Appeal from United States District Court
for the Northern District of Mississippi
(No. 1:94-CV-205)

_____

August 6, 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Bill Hunt appeals the district court's denial of his petition for federal habeas corpus relief.

Hunt argues that the district court erred by determining that he had not been denied the right to testify

on his own behalf and that he had not been denied the effective assistance of counsel and by denying

as moot his motion for summary judgment wherein he argued that the prosecutor had commented on

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

his failure to testify.  We have reviewed the record and Hunt's briefs and AFFIRM for the same

reasons given by the district court.  Hunt v. East, No. 1:94CV205-D-D (N.D. Miss. Sept 18, 1995).